IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |
| v. | : | **5:05-CV-144** |
| | : | **5:03-CR-63** |
| **ALLISON ROBINSON,** | : | |
| **Petitioner** | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss Allison Robinson's habeas petition based on Robinson's failure to assert a claim upon which this Court can grant relief. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

SO ORDERED this 15th day of June, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**